# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYLER CASTELLONE PPA, <br> JAMES CASTELLONE <br><br> Plaintiff, <br><br> v. <br><br> TARGET STORES, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) OCTOBER 5, 2012 <br> ) |

## DEFENDANT TARGET STORES, INC'S NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

The Defendant, Target Stores, Inc., (hereinafter collectively referred to as "Target"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§ 1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of Hartford, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

1.

The Plaintiff served an action against Defendant Target Stores, Inc. on or about September 5, 2012 entitled Tyler Castellone PPA James Castellone v.

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN  
&SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105

Target Stores, Inc. bearing a return date of June 5, 2012 and made returnable to the Judicial District of Hartford. This is the only pleading in said case to date. A copy of the Summons and Complaint is attached hereto as **Exhibit "A."**

2.

In the Complaint, the Plaintiff asserts a claim for common law negligence against defendant alleging that as the owner of business premises located in Manchester, Connecticut, defendant created and/or failed to remedy a dangerous and defective condition causing him to trip and fall due to a merchandise box on the floor and sustain physical injuries and damages. The plaintiff, a resident of South Windsor, Connecticut, is claiming physical injuries, some of which are stated to be "permanent", including injury to the minor plaintiff's right patella and medial patella-femoral ligament, which required surgical care and treatment and a shock to his central nervous system. Any award in favor of the plaintiff could potentially exceed the jurisdictional threshold. He claims unspecified amounts for past and future medical expenses. Plaintiff is seeking damages in excess of $75,000.

3.

Target Stores, Inc. is a Minnesota corporation with a principal place of business in Minneapolis, Minnesota.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.

The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the matter is between citizens of different states and the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the plaintiff and her demand. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

5.

This Notice of Removal is being filed within thirty (30) days of Defendant being notified of this lawsuit and Defendant Target Stores, Inc. has complied with all requirements of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Stores, Inc. respectfully requests that the above action be removed from the Superior Court, Judicial District of Hartford, State of Connecticut, to this Honorable Court.

Respectfully submitted this 5th day of October, 2012.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANT:
TARGET CORPORATION

By_______/s/___________
Kevin J. Greene of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar #: ct16742
Its Attorneys

**CERTIFICATION**

This is to certify that on this 5th day of October, 2012, a copy of the foregoing was either, mailed, postage prepaid, or hand-delivered to:

Paul M. Iannaccone, Esq.
RisCassi & Davis, P.C.
131 Oak Street
Hartford, CT 06106

_______/s/___________
Kevin J. Greene

2682584v.1