IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TYLER CASTELLONE PPA, JAMES CASTELLONE | ) ) ) | 3:12-cv-01433 (RNC) |
| Plaintiff | ) ) | |
| v. | ) ) | |
| TARGET STORES, INC. | ) ) | |
| Defendant | ) | JULY 3, 2013 |

### *MOTION FOR WITHDRAWAL OF ACTION*

The plaintiff in the above-captioned matter hereby moves to withdraw the above-captioned matter. The parties have reached a compromise of the issues alleged in the Complaint at this time and therefore have mutually agreed to withdraw the above claim.

PLAINTIFF,

BY _____

Paul M. Iannaccone
RISCASSI AND DAVIS, P.C.
Juris No. 50361

This is to certify that a copy of the foregoing was sent via first class mail to the following counsel of record on the above date:

Kevin J. Greene, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____

Paul M. Iannaccone